UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DONNA HEDGES, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

        v.

ITSUGAR LLC,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:21-cv-729

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), DONNA HEDGES, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against the Defendant, ITSUGAR LLC, without prejudice and without fees and costs.

Dated: New York, New York
       February 1, 2021

                                          **GOTTLIEB & ASSOCIATES**

                                          /s/Jeffrey M. Gottlieb, Esq.

                                          Jeffrey M. Gottlieb, Esq., (JG-7905)
                                          150 East 18th Street, Suite PHR
                                          New York, NY 10003
                                          Phone: (212) 228-9795
                                          Fax: (212) 982-6284
                                          Jeffrey@Gottlieb.legal

                                          *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge